U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

APR 24 2008

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| EVELYN LOUISE EDMONSON BROWN, ET AL. | CIVIL ACTION NO. 07-1985 |
| VERSUS | JUDGE DONALD E. WALTER |
| REGIONS BANK | MAGISTRATE JUDGE HORNSBY |

## O R D E R

Before this Court is a Motion to Compel Arbitration and to Stay Pending Arbitration [Doc. #7] filed on behalf of defendant, Regions Bank. Plaintiffs do not oppose this motion [Doc. #12].

Finding that arbitration is required under the Equity AssetLine Agreements, **IT IS ORDERED** that defendant's Motion to Compel Arbitration and to Stay Pending Arbitration [Doc. #7] be and is hereby **GRANTED**. Accordingly, this matter is **STAYED** until further notice from the parties.

**IT IS FURTHER ORDERED** that, at least once every six months, the parties shall report to the Court regarding the status of the arbitration proceedings.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 24th day of April, 2008.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE